**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2159**

AELISHA N. MARSH,

            Plaintiff – Appellant,

      v.

CBS MEDIA CORPORATION; BOB SCHOENING, Vice President, CBS
Charlotte; VEDRA GRANT, National Sales Executive; UNITED
BEHAVIORAL HEALTH, A CBS company; UNIVERSITY PSYCHOLOGICAL
ASSOCIATES; JANE MARSH MONTECIGGIO, CBS Corporate; JANE MARSH
ROCKEFELLER; HEARST PUBLICATIONS, William Randolph Hearst
Senior; BARBARA MCINTYRE, Human Resources-CBS Charlotte; TERRI
AVERY, Operations Manager; SPRINT NEXTEL CORPORATION; REACH
MEDIA INCORPORATED; ARTIE GOINES; NBC CORPORATE HEADQUARTERS;
STEVE HARVEY; STEVE HARVEY RADIO NETWORK INCORPORATED; FIRST
UNUM LIFE INSURANCE COMPANY,

            Defendants – Appellees,

      and

INNER CITY BROADCASTING COMPANY; NORTH CAROLINA POLICE
DEPARTMENT; DONALD PARKER,

            Defendants.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Robert J. Conrad,
Jr., Chief District Judge. (3:09-cv-00289-RJC)

Submitted: September 30, 2010        Decided: October 7, 2010

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

———————————

Aelisha N. Marsh, Appellant Pro Se.  James Michael Honeycutt, FISHER & PHILLIPS, LLP, Charlotte, North Carolina, George K. Evans, Jr., WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina, Clinton Russell Pinyan, BROOKS, PIERCE MCLENDON, HUMPHREY & LEONARD, Greensboro, North Carolina, Joseph S. Turner, SEYFARTH & SHAW, Chicago, Illinois, Norris Arden Adams, II, ESSEX & RICHARDS, PA, Charlotte, North Carolina, Benjamin R. Holland, MCGUIREWOODS, LLP, Charlotte, North Carolina, Nancy E. Walker, TIN, FULTON, WALKER & OWEN, PLLC, Charlotte, North Carolina, Erna A.P. Womble, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aelisha N. Marsh appeals the district court's order dismissing her complaint filed under Title VII of the Civil Rights Act of 1964, as amended, alleging defamation and wrongful termination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Marsh v. CBS Media Corp., No. 3:09-cv-00289-RJC (W.D.N.C. Sept. 24, 2009). We further deny Marsh's "Motion for Monetary Relief Beyond the Scope of Unemployment." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED